UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING PROGRAM FUND,
*et al.*,

                Petitioners,

    -v-

EVERLAST SCAFFOLDING, INC.,

                Respondent.
-----------------------------------------------------------------------X

24 Civ. 4940 (JPC)

ORDER

JOHN P. CRONAN, District Judge:

    On June 30, 2024, Petitioners filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by November 25, 2024. Respondent's opposition, if any, is due on December 16, 2024. Petitioners' reply, if any, is due December 30, 2024.

    Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than November 25, 2024, and shall file an affidavit of such service with the court no later than November 26, 2024.

    SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge