LAW OFFICES

# KING & KING LLP

**Peter M. Kutil**

THE SANBORN MAP BUILDING
629 Fifth Avenue – Bldg. # 3
Pelham, N.Y. 10803
914-380-5970
e-mail: pkutil@king-king-law.com

Sanborn & King (1865 – 1872)
George A. King (1855 – 1938)
William B. King (1861 – 1930)

February 10, 2024

**VIA ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted. Respondent shall file its opposition by March 10, 2025, and Petitioners shall file their reply by March 24, 2025.*

*SO ORDERED*
*February 11, 2025*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re:   **Trustees of the Mason Tenders District Council Welfare Fund, et al v. Everlast Scaffolding, Inc., 24 CV 4940**

Dear Judge Cronan:

    This firm represents the defendant Everlast Scaffolding, Inc. ("Everlast") in the above captioned matter.

    By Order dated December 17, 2024, the Court set deadlines for the opposition to the petition/motion in this matter. Counsel and I have conferred, and ask jointly to extend these dates further 30 additional days for March 10, 2025 for opposition, and to March 24, 2025 for reply.

    The parties are working to settle this matter by an agreement, which forms the basis for the request.

Respectfully submitted,

*Peter M. Kutil*

Peter M. Kutil

cc: Haluk Savci, Esq. (also by e-mail)

PMK;sas